# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

SK JALAL AHMED                                                                                          PLAINTIFF

v.                                                      No. 4:17CV00308 JLH

WAREHOUSE DISTRIBUTING COMPANY                                                    DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, the complaint of SK Jalal Ahmed is dismissed with prejudice. The relief requested is DENIED.

IT IS SO ORDERED this 17th day of April, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE